UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK, an individual, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>GENEVA M. NICHOLS FAMILY TRUST, DATED JULY 19, 1971, *et al.*,<br><br>            Defendants. | Civil No. 06CV1423-L(BLM)<br><br>**ORDER REJECTING UNAUTHORIZED E-MAIL** |

On December 15, 2006, Plaintiffs' counsel e-mailed a proof of service and an accompanying note to the chambers e-mail box. This e-mail is **REJECTED** as wholly inappropriate.

E-mailing to a chambers e-mail box is prohibited without obtaining prior approval from chambers staff. (*See* Electronic Case Filing Administrative Policies and Procedures Manual, Sect. 2(h).) E-mailing to a chambers e-mail box does not constitute filing. A document e-mailed to a chamber's e-mail box will not be considered, and will not be filed unless the document is a proposed order, the submitting party had obtained prior permission from chambers staff to e-mail the proposed order, and the proposed order is signed by the court. In all other instances, the e-mailed document will be rejected. The December 15, 2006 e-mail was further inappropriate

/ / / / /

1 | because the text accompanying the attached proof of service was correspondence addressed to
2 | the judge.  This practice is prohibited by Civil Local Rule 83.9.
3 |         Any further violations of the Civil Local Rules or Electronic Case Filing Administrative
4 | Policies and Procedures Manual may result in sanctions.
5 |         **IT IS SO ORDERED**.
6 |
7 | DATED:  December 18, 2006
8 |                                                          _____
9 |                                                          M. James Lorenz
  |                                                          United States District Court Judge
10 |
11 | COPY TO:
12 | HON. BARBARA L. MAJOR
   | UNITED STATES MAGISTRATE JUDGE
13 | ALL PARTIES/COUNSEL